AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| CALENTURE, LLC and<br>REVIVE INVESTING LLC<br><br>*Plaintiff(s)*<br>v.<br><br>BRIAN FERDINAND, Defendant, and<br>LUXURBAN HOTELS INC., Nominal Defendant<br><br>*Defendant(s)* | ）））））））））））） | Civil Action No. 24-cv-5670 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Each Defendant set forth on Rider A hereto at his or its address thereon.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> James A. Hunter, Esq.
> Law Office of James A. Hunter
> 201 King of Prussia Road, Suite 650
> Radnor, Pennsylvania 19087

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/29/2024



/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-05670-JPO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>LuxUrban Hotels Inc.</u> was received by me on *(date)* <u>Sep 19, 2024, 11:40 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Teresa Grandison, Corporate Specialist authorized to accept</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>LuxUrban Hotels Inc.</u> on *(date)* <u>Thu, Sep 19 2024 at 3:35 PM</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$87.55</u>.

I declare under penalty of perjury that this information is true.

Date: September 20, 2024

*Server's signature*

Sharlene Brooks, Process Server

*Printed name and title*

Delaware Attorney Services
3516 Silverside Road, Unit 16, Wilmington, DE 19810

*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Summons in a Civil Action; Rider A to Summons in a Civil Action; Civil Cover Sheet; Order; Complaint for Recovery of Short-Swing Profit Under 15 U.S.C. 78p(b) with Jury Demand

1) Successful Attempt: Sep 19, 2024, 3:35 pm EDT at Cogency Global Inc., Registered Agent 850 New Burton Road, Suite 201, Dover, DE 19901 received by Teresa Grandison, Corporate Specialist authorized to accept. Age: 35; Ethnicity: African American; Gender: Female; Weight: 220; Height: 5'6"; Hair: Black;