# JAMES A HUNTER
## ATTORNEY AT LAW

201 KING OF PRUSSIA ROAD, SUITE 650
RADNOR, PENNSYLVANIA 19087

TELEPHONE (484) 275-2162
FACSIMILE (646) 462-3356

December 8, 2024

**BY ECF**

The Honorable J. Paul Oetken
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Calenture, LLC et al. v. Ferdinand et al.*, No. 24-cv-5670 (JPO)
             **(S.D.N.Y. filed July 26, 2024)**
             **Notice of Settlement and Request for Adjournment**

Dear Judge Oetken:

      I write on Plaintiffs' behalf to notify the Court that the parties have agreed to settle this case. With Defendants' consent, Plaintiffs ask that the parties' December 16 conference be adjourned for at least 30 days to allow time to render performance. Plaintiffs anticipate filing a notice of voluntary dismissal during that time.

                              Respectfully submitted,

                              /s/ James A. Hunter

Copy by Email:

Caryn L. Marcus, Esq., cmarcus@graubard.com